UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR ABREU MORENO,

                Plaintiff,

-v.-

NFI INTERACTIVE LOGISTICS, LLC,

                Defendant.

---

23 Civ. 5968 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    On July 12, 2023, Defendant[1] filed a Notice of Removal of this action from the Supreme Court of New York, Bronx County. ECF No. 1. On July 14, 2023, Plaintiff's counsel filed a notice of appearance accompanied by a letter requesting that the Court "deny Defendant's notice of removal and remand the case back to New York State Supreme Court, Bronx County." ECF No. 4, Ex. 1.

    By **August 1, 2023**, Plaintiff shall file a motion to remand this action to state court, with supporting authorities, in accordance with the Court's Individual Rules and Practices in Civil Cases and the S.D.N.Y. Local Rules. By **August 8, 2023**, Defendant shall file an opposition. By **August 15, 2023**, Plaintiff shall file any reply.

    SO ORDERED.

Dated: July 18, 2023
       New York, New York

*/s/ Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge

---

[1] The Complaint appended to the Notice of Removal also names Sebastian Ortiz Herrera as a Defendant. ECF No. 1, Ex. A. However, Defendant's counsel has not entered Mr. Herrera as a Defendant on ECF.